USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 08 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**DIANE SILHANEK,**

Plaintiff,

v.

**NYFF EVENTS, LLC**, a corporation, and **CAL NATHAN**, **JOSH GLATT**, and **JONATHAN GLATT**, individuals,

Defendants.

**Docket No. 15-cv-04762 (RA)**

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(2)**

**IT IS HEREBY STIPULATED**, by and among Plaintiff Diane Silhanek and Defendants NYFF Events, LLC, Cal Nathan, Josh Glatt, and Jonathan Glatt, that the above-captioned action is voluntarily dismissed with prejudice against all Defendants and without costs to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 7, 2015

Respectfully submitted,

JTB LAW GROUP, LLC

By: /s/ Patrick S. Almonrode
PATRICK S. ALMONRODE
155 2nd Street, Suite 4
Jersey City, NJ 07302
(201) 630-0000
*Attorneys for Plaintiff*

LAW OFFICE OF JUDAH Z. COHEN, PLLC

By: /s/ Judah Z. Cohen
JUDAH Z. COHEN
1074 Broadway
Woodmere, NY 11598
(646) 580-3440
*Attorneys for Defendants*

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
10/8/15